ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVID HASHEMI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>Defendants. | CASE NO. 2:26-CV-02277-TLN AC<br><br>STIPULATION FOR SECOND EXTENSION OF TIME AND ORDER THEREON |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to her filing of Form I-485, Application to Adjust Status under the Immigration and Nationality Act ("I-485 Petition"). The parties previously stipulated to a first extension to allow time for Defendant USCIS to interview Plaintiff, and the Court granted that request; the current deadline for Defendants' response is October 5, 2026. ECF## 9, 10. The interview is scheduled for September 30, 2026. Defendant will need time thereafter to process any information received and continue the adjudicatory process.

Given this status, the parties wish to extend the current deadline for Defendants to file an answer or other responsive pleading for approximately thirty (30) days to and including November 4, 2026. The parties further ask the Court to similarly extend any and all other deadlines and proceedings.

///

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is November 4, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: October 2, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: *_/s/ Curtis Morrison (as authorized on September 29, 2026)_*
CURTIS MORRISON
Counsel for Plaintiff

**ORDER**

**IT IS SO ORDERED**.

Date: October 2, 2026

Troy L. Nunley
Chief United States District Judge