ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVID HASHEMI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>Defendants. | CASE NO. 2:26-CV-02277-TLN AC<br><br>STIPULATION FOR THIRD EXTENSION OF TIME AND ORDER THEREON |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to her filing of Form I-485, Application to Adjust Status under the Immigration and Nationality Act ("I-485 Petition"). The parties have previously stipulated to extend the deadline for Defendants to respond to the Complaint to allow the agency to interview Plaintiff and in the interest of allowing the adjudicatory process to proceed, and the Court has granted such stipulated requests to extend. ECF ## 9 – 12. Since the last extension was granted, USCIS determined the need to re-interview Plaintiff and this interview is scheduled for November 9th. Given this status, the parties wish to allow the adjudicatory process to proceed and hereby stipulate to an extension of approximately forty-five (45) days to and including December 21, 2026. The parties further ask the Court to similarly extend any and all other deadlines and proceedings.

///

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is December 21, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: November 4, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Curtis Morrison (as authorized on November 4, 2026)*
CURTIS MORRISON
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: November 4, 2026

Troy L. Nunley
Chief United States District Judge